UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

IN RE: Gregory E. Lawson              Case No. 18-10074-CAB
                                      Chapter 7

### AFFIDAVIT IN SUPPORT OF MOTION FOR RELIEF FROM STAY

1. I am over the age of eighteen years and believe in the obligations of an oath.

2. In my capacity as Assistant Secretary for Nationstar Mortgage LLC d/b/a Mr. Cooper, ("servicer"), I have access to business records, including the business records for and relating to the servicing of the Debtor's loan. I make this affidavit based upon my review of those records relating to the Debtor's loan and from my own personal knowledge of how they are kept and maintained. The loan records for the Debtor are maintained by the servicer in the course of its regularly conducted business activities, and it is the regular practice the servicer to make such records. These records were made at or near the time of the event by or from information transmitted by a person with knowledge of the facts set forth in those records.

3. The contractual arrears due on account of the mortgage loan from Gregory E. Lawson and which is the subject of a Motion for Relief filed by Movant, are as follows:

### SCHEDULE OF PAYMENTS THAT ARE DUE:

| Date Payment Due: | Payment Amount Due: |
| --- | --- |
| 1/1/10 – 5/1/10 | @ $853.30 ea = $4,266.50 |
| 6/1/10 – 12/1/13 | @ $911.36 ea = $39,188.48 |
| 1/1/14 – 12/1/16 | @ $1,791.54 ea = $64,495.44 |
| 1/1/17 – 3/1/17 | @ $1,364.91 ea = $4,094.73 |
| 4/1/17 – 8/1/17 | @ $1,413.41 ea = $7,067.05 |
| 9/1/17 – 12/1/17 | @ $1,411.66 ea = $5,625.28 |
| 1/1/18 – 2/1/18 | @ $1,411.66 ea = $2,823.32 |
| Totals: | $127,560.80 |

The total delinquency as of February 19, 2018 is $127,560.80.

I hereby declare pursuant to 28 U.S.C. Section 1746 under penalty of perjury that the foregoing is true and correct based on personal knowledge of the books and business records regarding the servicing of this loan.

_____
Signature

_____
Title

Mary Gracia
Assistant Secretary of
Nationstar Mortgage LLC
d/b/a Mr. Cooper
Affiant

_____
Entity Name