## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF VERMONT

In Re:  18-10074-cab                    )   Chapter 7 Proceeding
Gregory E. Lawson                       )
    Debtor                            )
                                        )
                                        )

### ORDER GRANTING MOTION FOR RELIEF

This matter came on before the Court on the Motion of Nationstar Mortgage LLC d/b/a Mr. Cooper (hereafter, the "Movant"). The motion was served pursuant to the Order and Notice and Opportunity procedures established by VT LBR 2002(e) and VT LBR 4001(c).

**IT IS HEREBY ORDERED** that the automatic stay instituted upon filing of the within bankruptcy is hereby modified pursuant to 11 U.S.C. § 362(a) as to the Movant's secured lien interest in real property known as **21 Country Way, Barre, Vermont 05641,** to the extent that Movant and its successors and assigns are free to pursue applicable non-bankruptcy law with respect to such lien interests; and

**IT IS FURTHER ORDERED** that, as the Debtor's Statement of Intentions indicates the subject real property is to be surrendered, the 14-day stay of Fed.R.Bankr.P. 4001(a)(3) is not applicable and the Movant may immediately enforce and implement this order; and

**IT IS FURTHER ORDERED** that Movant shall deliver any surplus money to the case trustee promptly after the consummation of a foreclosure sale of the subject real property and, if there is surplus money, serve the case trustee with an accounting of the sale promptly after its consummation.

Dated: _____                          BY THE COURT

                                                 _____
                                                 Honorable Colleen A. Brown